DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAYROLL, LLC,**
Appellant,

v.

**WEISSGUYS LLC,**
Appellee.

No. 4D2025-2351

[July 30, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Matthew Brooks Hurley, Judge; L.T. Case No. 062024CC000984AXXXNO.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Allison L. Friedman of Allison L. Friedman, P.A., Aventura, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***